UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JEFFREY PAUL EUGENE STOUT, } | |
| } | |
| Plaintiff, } | |
| } | |
| v. } | Case No.: 2:17-cv-00720-RDP-JEO |
| } | |
| ANDRE D. PHILLIPS, et al., } | |
| } | |
| Defendants. } | |

## MEMORANDUM OPINION

On July 17, 2017, the Magistrate Judge's Report and Recommendation was entered and Plaintiff was allowed therein fourteen (14) days in which to file objections to the recommendations made by the Magistrate Judge. No objections were filed.

After careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation, the court hereby **ADOPTS** the Report of the Magistrate Judge. The court further **ACCEPTS** the recommendation of the Magistrate Judge that all claims in this action be dismissed without prejudice, except for the excessive force claims against Defendants Andre D. Phillips, Joe Binder, and Corey O. Fox,

A separate order in accordance with the Memorandum Opinion will be entered.

**DONE** and **ORDERED** this August 1, 2017.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE