IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| JEFFREY PAUL EUGENE STOUT, AIS #186270 )<br>    Plaintiff,                             )<br>                                          )<br>v.                                        ) Case No.: 2:17-cv-00720-RDP-JEO<br>                                          )<br>ANDRE D. PHILLIPS                        )<br>JOE BINDER                               )<br>COREY FOX                                ) | |

### CORRECTIONAL OFFICER JOE BINDER'S AFFIDAVIT

Before me, the undersigned authority, notary public in and for said County and the State of Alabama at large, personally appeared Joe Binder, who being known to me and being by me first duly sworn, deposes and says under oath the following:

My name is Joe Binder. I am presently employed as Correctional Officer with William E. Donaldson Correctional Facility. I am over 21 years of age.

On March 7, 2017, I, Correctional Officer Joe Binder, along with Correctional Officer Andre Phillips and Correctional Officer Corey Fox, was given a detailed order to be extremely careful and search cell 45 of X-Block. Inmate Jeffrey Stout B/259963 was assigned to this cell. The information given was that inmate Stout had a cellular phone with accessories in his possession. After Officer Phillips opened the door to cell 45, assigned to inmate Stout, I, along with Officer Fox and Officer Phillips, informed inmate Stout that he was to be pat/strip searched for possession of a cellular phone. Inmate Stout refused to be pat/strip searched and immediately began to fight/assault Officer Binder, Officer Phillips and Officer Fox. Officer Phillips, Officer Fox and I were able to gain control of inmate Stout.

_____
Joe Binder, Correctional Officer

Sworn and subscribed before me and given under my hand and official seal this the /2th day of September 2017.

NOTARY PUBLIC _Taylor A. Rutley_
My Commission Expires: _10-31-20_