# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| JEFFREY STOUT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:17-cv-0720-JEO |
| | ) |
| ANDRE PHILLIPS, JOE BINDER and | ) |
| COREY FOX, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

This action was tried before the undersigned and a jury commencing on May 21, 2019. On May 22, 2019, the jury returned a verdict in favor of the defendants and against the plaintiff in this matter. Accordingly, it is **ORDERED** and **ADJUDGED** that judgment be entered in favor of the defendants and against the plaintiff on the excessive force claim.

Costs are taxed against the plaintiff.

**DONE**, this 23rd day of May, 2019.

*/s/ John E. Ott*
_____
**JOHN E. OTT**
United States Magistrate Judge